**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6653**

JOHN D. SIMPSON,

Petitioner - Appellant,

versus

SUPREME COURT JUDGE OF RICHMOND STATE OF
VIRGINIA,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-538-3)

Submitted: July 3, 2002      Decided: August 5, 2002

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John D. Simpson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John D. Simpson appeals the district court's orders denying his petition for a writ of mandamus and his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Simpson v. Supreme Court Judge, No. CA-01-538-3 (E.D. Va. Mar. 19, 2002; Apr. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED